UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SUSANNAH AND ETHAN LEAMING | CIVIL ACTION |
| VERSUS | NO. 17-4962 |
| STONEGATE MORTGAGE | SECTION "E" (4) |

## ORDER OF DISMISSAL

Plaintiffs submitted to the Clerk of Court a check drawn on their Whitney Bank account and submitted to the Clerk of Court as payment of the filing fee in this matter. The check was returned by the financial institution due to "stop payment".

On May 23, 2017, the Court ordered the plaintiffs to submit within 10 days two separate money orders in the amounts of $53.00 for the bank return charge and $400.00 for the filing fee. To date, plaintiffs have not complied with the Court's order, accordingly;

**IT IS ORDERED**, that the above captioned matter is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's order entered May 23, 2017 (Rec. Doc. 3), and failure to comply with Local Rule 5.3.

**New Orleans, Louisiana, this 7th day of June, 2017.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE